PER CURIAM.

(No. 74-CC-522—Claimant )

UNIV. OF CHICAGO—CENTER FOR CONTINUING EDUCATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed May 13, 1974.*

UNIVERSITY OF CHICAGO—CENTER FOR CONTINUING EDU-CATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.